UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
Donald L. Brown
    **Plaintiff**

    v.                                          Civil Action No. 1:25-cv-10142-FDS

Commonwealth Care Alliance, Inc.
    **Defendant**
_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated July 14, 2025 (Dkt. No. 12), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                    By the Court,

07/14/2025                                       /s/ Melonie Cooke
Date                                                  Deputy Clerk